■ KAREN L. PATZER et al., Respondents, v GRIFFIN TECHNOLOGY INCORPORATED, Defendant and Third-Party Plaintiff-Respondent. SYRACUSE UNIVERSITY, Third-Party Defendant-Appellant. [624 NYS2d 996] —Order unanimously affirmed with costs *(see, Nuzzo v Griffin Technology,* 212 AD2d 980 [decided

herewith]). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Dismiss Third-Party Complaint.) Present—Pine, J. P., Fallon, Wesley, Callahan and Davis, JJ.